IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr200-MHT |
| SCOTTIE T. GLENN | ) | (WO) |


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr48-MHT |
| MICHAEL SMITH, | ) | (WO) |
| MATTHEW DAVIDSON, and | ) | |
| JOSEPH SANDERS | ) | |


ORDER

Based on the representations made by all parties on
the record on September 13, 2013, it is ORDERED as
follows:

(1) Sentencings for defendants Scottie T. Glenn,
Michael Smith, Matthew Davidson, and Joseph Sanders, now
set for September 23, 2013, are reset for October 28,
2013, at 10:00 a.m., in the Frank M. Johnson Jr. United

States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) The remaining part of the briefing schedule is as follows: The defendants who have not filed briefs are to do so by September 17, 2013.  The government is to file its replies by September 27, 2013.  Each defendant may file a cross-response to another defendant's brief as well as the government's replies by October 4, 2013.

(3) The government is to present all its testimony from alleged victims and the defendants are to present all their character testimony on October 30, 2013, at 9:00 a.m.

DONE, this the 16th day of September, 2013.

     /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE