IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr200-MHT |
| **SCOTTIE T. GLENN** | ) | (WO) |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr48-MHT |
| **MICHAEL SMITH,** | ) | (WO) |
| **MATTHEW DAVIDSON, and** | ) | |
| **JOSEPH SANDERS** | ) | |

### ORDER

It is ORDERED that, on or before October 24, 2013, counsel for the government and all defendants, after conferring among themselves, are to submit a joint report reflecting the agreed-upon order in which witnesses for the government and all defendants are to be called at the sentencings beginning on October 28, 2013.

DONE, this the 17th day of October, 2013.

                                         /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE