```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION



UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:11cr200-MHT
SCOTTIE T. GLENN            )          (WO)



UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:12cr48-MHT
MICHAEL SMITH,              )          (WO)
MATTHEW DAVIDSON, and       )
JOSEPH SANDERS              )
```

ORDER

Because some of the counsel for the parties have indicated that the sentencings in these two cases, which will begin on October 28, 2013, may go into a fifth day; because, if the sentencings do go into a fifth day, that fifth day would be Friday, November 1, 2013; and because the court has a conflict with resuming the sentencings on that Friday, it is ORDERED that, if the sentencings do go

into a fifth day, they will resume on Monday, November 4, rather than Friday, November 1, 2013.

DONE, this the 18th day of October, 2013.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE