IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr200-MHT |
| SCOTTIE T. GLENN | ) | (WO) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr48-MHT |
| MICHAEL SMITH, | ) | (WO) |
| MATTHEW DAVIDSON, and | ) | |
| JOSEPH SANDERS | ) | |

## ORDER

Upon consideration of defendant Michael Smith's motion to sever (doc. no. 510) in criminal action no. 2:12cr48-MHT, it is ORDERED that counsel for all other defendants and counsel for the government are to file responses to this motion by 5:00 p.m. on October 22, 2013.

DONE, this the 21st day of October, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE