IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr200-MHT |
| SCOTTIE T. GLENN | ) | (WO) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr48-MHT |
| MICHAEL SMITH, | ) | (WO) |
| MATTHEW DAVIDSON, and | ) | |
| JOSEPH SANDERS | ) | |

ORDER

To the extent defendants want separate sentencings, it ORDERED that they are each to indicate by 5:00 p.m. on October 22, 2013, whose sentencing is to go first, second, third, and fourth and why the sentencings should be in that order.

DONE, this the 22nd day of October, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE