```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION



UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:11cr200-MHT
SCOTTIE T. GLENN            )         (WO)


UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:12cr48-MHT
MICHAEL SMITH and           )         (WO)
MATTHEW DAVIDSON            )
```

                              ORDER

   Based on the representations made in open court on the record on December 6, 2013, it is ORDERED that the issue of restitution is set for submission, without oral argument, on January 13, 2014, with all parties to file briefs by January 3, 2014, and with any replies due by January 13, 2014.  The court understands that all parties agree that the issue of restitution may be resolved without an evidentiary hearing.  If the court is

incorrect or if any party wants an evidentiary hearing, a request for such must be filed (as a separate and independent pleading) by January 13, 2014.

DONE, this the 11th day of December, 2013.

                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**